DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALICIA ELENA FRANCO,**
Appellant,

v.

**MICHAEL DANIEL CINTRON,**
Appellee.

No. 4D2023-1609

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE21-022590.

Lauren N. Peffer of L. Turner Law, P.A., Delray Beach, for appellant.

Kevin J. Guerreo and Michael A. Moreira of Warrior Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***